# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00718-CV

**Becky White McWilliams, a/k/a Rebecca Lawson White, f/d/b/a White Food Group, Ltd., f/d/b/a Cheddar's, Appellant**

**v.**

**The State of Texas; The City of Lubbock, Texas; and The County of Lubbock, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GV-09-000923, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Becky White McWilliams, a/k/a Rebecca Lawson White, f/d/b/a White Food Group, Ltd., f/d/b/a Cheddar's has filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed on Appellant's Motion

Filed:   August 26, 2011